**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

NICOLE M. GIANNINI,

Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

Defendant.

Case No.  20 CV 5131
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

        which ☐ includes     pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of defendant United Collection Bureau, Inc.
and against plaintiff Nicole M. Giannini.

Defendant shall recover costs from plaintiff.

---

☐    other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  5/18/2021                            Thomas G. Bruton, Clerk of Court

                                               /Susan McClintic , Deputy Clerk